# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC, § § § | |
| Plaintiff, § § | |
| v. § § | JURY TRIAL DEMANDED |
| SIGNIFY N.V., § § | CIVIL ACTION NO. 2:21-cv-43 |
| Defendant. § § § § § § | |

## JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: February 8, 2021

Respectfully submitted,

/s/ *Jeffrey R. Bragalone by permission Wesley Hill*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Terry A. Saad
Texas Bar No. 24066015
Marcus Benavides
Texas Bar No. 24035574
Hunter S. Palmer
Texas Bar No. 24080748
**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com

tsaad@bcpc-law.com  
mbenavides@bcpc-law.com  
hpalmer@bcpc-law.com  

Wesley Hill  
Texas Bar No. 24032294  
**WARD, SMITH, & HILL, PLLC**  
P.O. Box 1231  
Longview, TX 75606  
Tel: (903) 757-6400  
Fax: (903) 757-2323  
wh@wsfirm.com  

**ATTORNEYS FOR PLAINTIFF  
STINGRAY IP SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on February 8, 2021.

/s/ <u>Wesley Hill</u>